IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMELBAK PRODUCTS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A,"<br><br>    Defendants. | Case No. 23-cv-00496 |

**NOTICE OF CLAIMS INVOLVING PATENTS**

  Pursuant to Local Rule 3.4, CamelBak Products, LLC ("CamelBak" or "Plaintiff"), by and through its counsel, hereby provides notice of claims involving patents. The information required by the rule and 35 U.S.C. §290 is as follows:

  1.  Names and Addresses of Litigants:

    CamelBak Products, LLC
    2000 South McDowell, Suite 200
    Petaluma, California 94954
    USA

    The Partnerships and Unincorporated Association Identified on Schedule "A"
    Addresses Unknown

  2.  Name of Inventors: Leonard John Duran and Thomas A. Moeller.

  3.  U.S. Patent upon which suit has been brought:

| Patent Number | Claim | Issue Date |
|---|---|---|
| D732,392 | | June 23, 2015 |







Dated this 26th day of January 2023. Respectfully submitted,

/s/ Justin R. Gaudio
Amy Ziegler
Justin R. Gaudio
Jake M. Christensen
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiff CamelBak Products, LLC*