**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| CAMELBAK PRODUCTS LLC, | Case No. 23-cv-00496 |
| Plaintiff, | |
| v. | **Judge Matthew F. Kennelly** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | **Magistrate Judge Gabriel A. Fuentes** |
| Defendants. | |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A**
**TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION,**
**A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

Plaintiff CamelBak Products LLC ("CamelBak" or "Plaintiff") seeks entry of an *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing products, a temporary asset restraint, and expedited discovery in an action arising out of 35 U.S.C. § 271. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 31st day of January 2023.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiff CamelBak Products LLC*