# Exhibit 1

US00D732392S

| (12) United States Design Patent<br>Duran et al. | (10) Patent No.: **US D732,392 S**<br>(45) Date of Patent: ** **Jun. 23, 2015** |
|---|---|

(54) **SPORTS BOTTLE**

(71) Applicant: **CamelBak Products, LLC**, Petaluma, CA (US)

(72) Inventors: **Leonard John Duran**, Mill Valley, CA (US); **Thomas A. Moeller**, Truckee, CA (US)

(73) Assignee: **CamelBak Products, LLC**, Petaluma, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/479,701**

(22) Filed: **Jan. 17, 2014**

(51) **LOC (10) Cl.** .................................................. 09-01
(52) **U.S. Cl.**
    USPC .......................................................... **D9/516**
(58) **Field of Classification Search**
    USPC .......... D7/300, 500, 509, 510, 511, 529, 532,
        D7/538, 540, 543, 566, 570, 584; D9/500,
        D9/502, 503, 516, 530, 537, 538, 541, 552,
        D9/559, 565, 569, 571, 763, 772, 773, 775,
                                                D9/776, 779
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 1,475,439 A | 11/1923 | Lamassiaude |
| 1,673,446 A | 6/1928 | Eveleth |

(Continued)

FOREIGN PATENT DOCUMENTS

| EP | 0276198 A2 | 7/1988 |
| EP | 0291326 A1 | 11/1988 |

OTHER PUBLICATIONS

http://www.amazon.com/Camelbak-Podium-Chill-Bottle-lime/dp/B00LFRUA02/ref=sr_1_6?ie=UTF8&qid=1418399119&sr=8-6&keywords=camelbak+podium Reviews as early as Mar. 3, 2011.*

(Continued)

*Primary Examiner* — Susan Bennett Hattan
*Assistant Examiner* — Leanne Was
(74) *Attorney, Agent, or Firm* — DASCENZO Intellectual Property Law, P.C.

(57) **CLAIM**

The ornamental design for a sports bottle, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a sports bottle showing the design.
FIG. **2** is a left elevation view of the sports bottle of FIG. **1**.
FIG. **3** is a right elevation view of the sports bottle of FIG. **1**.
FIG. **4** is a front elevation view of the sports bottle of FIG. **1**.
FIG. **5** is a rear elevation view of the sports bottle of FIG. **1**.
FIG. **6** is a top plan view of the sports bottle of FIG. **1**.
FIG. **7** is a bottom plan view of the sports bottle of FIG. **1**.
FIG. **8** is a perspective view of the sports bottle of FIG. **1**, shown together with an associated cap, in broken line.
FIG. **9** is a left elevation view of the sports bottle of FIG. **1**, shown together with an associated cap in broken line.
FIG. **10** is a right elevation view of the sports bottle of FIG. **1**, shown together with an associated cap in broken line.
FIG. **11** is a front elevation view of the sports bottle of FIG. **1**, shown together with an associated cap in broken line.
FIG. **12** is a rear elevation view of the sports bottle of FIG. **1**, shown together with an associated cap in broken line.
FIG. **13** is a top plan view of the sports bottle of FIG. **1**, shown together with an associated cap in broken line; and,
FIG. **14** is a bottom plan view of the sports bottle of FIG. **1**, shown together with an associated cap in broken line.
The dashed lines shown in the drawings illustrate portions of the sports bottle (e.g., the neck and bottom portions of the bottle) that form no part of the presently claimed design (FIGS. **1-14**) and illustrate environmental structure of an associated cap (FIGS. **8-14**) that forms no part of the presently claimed design. The shading lines shown in the drawings represent the approximate three-dimensional contour of the claimed design and are not intended to indicate surface decoration.

**1 Claim, 8 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,024,065 A | 12/1935 | Schellens |
| 2,051,440 A | 8/1936 | Eicken |
| 2,338,604 A | 1/1944 | Silveyra |
| 2,591,578 A | 4/1952 | McNealy et al. |
| 2,643,021 A | 6/1953 | Freedman |
| 2,670,501 A | 3/1954 | Michiels |
| 2,805,561 A | 9/1957 | Emmert et al. |
| 2,981,430 A | 4/1961 | Tsien et al. |
| 2,987,212 A | 6/1961 | Scanlon |
| 3,007,596 A | 11/1961 | Matsch |
| 3,039,648 A | 6/1962 | Busch |
| 3,079,027 A | 2/1963 | Edwards |
| 3,096,897 A | 7/1963 | Edwards |
| 3,113,831 A | 12/1963 | Coale |
| 3,119,543 A | 1/1964 | Walker |
| 3,149,742 A | 9/1964 | Hay et al. |
| 3,152,729 A | 10/1964 | Piker |
| 3,164,148 A | 1/1965 | Tolciss |
| 3,214,830 A | 11/1965 | Piker |
| 3,443,715 A | 5/1969 | Edwards |
| 3,450,254 A | 6/1969 | Miles |
| 3,456,860 A | 7/1969 | Janninck |
| 3,484,011 A | 12/1969 | Greenhalgh et al. |
| 3,655,502 A | 4/1972 | Yoshikawa |
| 3,720,558 A | 3/1973 | Menzies et al. |
| 3,760,972 A | 9/1973 | McKirnan |
| 3,840,153 A | 10/1974 | Devlin |
| 3,871,555 A | 3/1975 | Collins |
| 4,055,268 A | 10/1977 | Barthel |
| 4,196,721 A | 4/1980 | Posnansky |
| 4,196,817 A | 4/1980 | Moser |
| 4,212,408 A | 7/1980 | Valenzona |
| 4,330,066 A | 5/1982 | Berliner |
| 4,489,473 A | 12/1984 | Nakagami |
| 4,531,655 A | 7/1985 | Putnam |
| 4,548,348 A | 10/1985 | Clements |
| 4,549,410 A | 10/1985 | Russell |
| 4,581,804 A | 4/1986 | McLaughlin |
| 4,625,884 A | 12/1986 | Zimmermann |
| 4,629,098 A | 12/1986 | Eger |
| 4,635,814 A | 1/1987 | Jones |
| 4,705,085 A | 11/1987 | Brown |
| 4,708,254 A | 11/1987 | Byrns |
| 4,741,936 A | 5/1988 | Nohara et al. |
| 4,809,484 A | 3/1989 | Lovik |
| 4,871,597 A | 10/1989 | Hobson |
| 4,993,580 A | 2/1991 | Smith |
| 4,997,661 A | 3/1991 | Kromer et al. |
| 5,094,363 A | 3/1992 | Monahan et al. |
| 5,121,856 A | 6/1992 | Weiler et al. |
| 5,150,815 A | 9/1992 | Saklad |
| 5,188,787 A | 2/1993 | King et al. |
| 5,221,016 A | 6/1993 | Karpal |
| 5,316,193 A | 5/1994 | Heiberger |
| 5,494,198 A | 2/1996 | Heiberger |
| 5,529,217 A | 6/1996 | Siegel |
| 5,567,377 A | 10/1996 | Nishigami et al. |
| 5,901,882 A | 5/1999 | Siegel |
| 5,906,300 A | 5/1999 | Horie |
| 6,141,941 A | 11/2000 | Carroll |
| 6,164,469 A | 12/2000 | Sartore |
| 6,337,052 B1 | 1/2002 | Rosenwasser |
| 6,474,499 B2 | 11/2002 | Donelson et al. |
| 6,537,244 B2 | 3/2003 | Paukovits et al. |
| 6,631,819 B1 | 10/2003 | Diak/Ghanem |
| 6,752,779 B2 | 6/2004 | Paukovits et al. |
| D518,723 S * | 4/2006 | Schroeder et al. ............. D9/502 |
| D547,606 S | 7/2007 | Forsman |
| D547,607 S | 7/2007 | Forsman |
| 7,270,244 B1 | 9/2007 | Liu |
| D554,514 S * | 11/2007 | Floyd et al. .................... D9/530 |
| D586,215 S * | 2/2009 | Gonzalez et al. ............. D9/516 |
| 7,533,783 B2 | 5/2009 | Choi et al. |
| D593,412 S * | 6/2009 | Gonzalez et al. ............. D9/516 |
| D605,521 S * | 12/2009 | Mongeon et al. ............. D9/516 |
| D605,947 S * | 12/2009 | Debuire ......................... D9/538 |
| D607,730 S * | 1/2010 | Lepoitevin .................... D9/516 |
| D612,733 S * | 3/2010 | Eugui et al. ................... D9/516 |
| D624,422 S * | 9/2010 | Caldwell et al. .............. D9/516 |
| D633,391 S * | 3/2011 | Caldwell et al. .............. D9/516 |
| D641,632 S * | 7/2011 | Boiros et al. .................. D9/516 |
| D644,927 S * | 9/2011 | White et al. ................... D9/516 |
| D651,905 S * | 1/2012 | Bartolomei ................... D9/538 |
| D660,161 S * | 5/2012 | Braun et al. ................... D9/516 |
| 8,191,727 B2 | 6/2012 | Davies et al. |
| 8,252,224 B2 | 8/2012 | Blain |
| 2011/0174993 A1 | 7/2011 | Blain |
| 2013/0153531 A1* | 6/2013 | Schlies et al. ................. 215/381 |

OTHER PUBLICATIONS

http://www.roadbikerider.com/product-reviews/water-bottles/camelbak-podium-ice-insulated-bottle Posted before Aug. 7, 2012.*
European Design Registration No. 000979802-0001, Jul. 25, 2008.
European Design Registration No. 000979802-0002, Jul. 25, 2008.
European Design Registration No. 000979802-0003, Jul. 25, 2008.

* cited by examiner



Fig. 1



*Fig. 2*



*Fig. 3*



*Fig. 4*



*Fig. 5*



Fig. 6



Fig. 7



Fig. 8



Fig. 9    Fig. 10



Fig. 11    Fig. 12

Case: 1:23-cv-00496 Document #: 16-1 Filed: 01/31/23 Page 11 of 11 PageID #:648



Fig. 13



Fig. 14