# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CAMELBAK PRODUCTS LLC,<br><br>       Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>       Defendants. | Case No. 23-cv-00496<br><br>**Judge Matthew F. Kennelly**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

## DECLARATION OF JAKE M. CHRISTENSEN

I, Jake M. Christensen, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for CamelBak Products LLC ("CamelBak" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. As of February 10, 2023, the third parties have not completed effectuating the Temporary Restraining Order. Plaintiff plans to freeze financial accounts identified by the third parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 10th day of February 2023 at Chicago, Illinois.

                                                  /s/ Jake M. Christensen
                                                  Jake M. Christensen
                                                  Counsel for Plaintiff CamelBak Products LLC