# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CAMELBAK PRODUCTS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 23-cv-00496<br><br>**Judge Matthew F. Kennelly**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

## PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION AS TO DEFENDANT NOS. 13-40

Plaintiff CamelBak Products LLC ("CamelBak" or "Plaintiff") hereby moves this Honorable Court for entry of a Preliminary Injunction as to Defendant Nos. 13-40. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered February 1, 2023. [22]. In support of its Motion, Plaintiff files herewith a Memorandum of Law and a further Declaration of Jake M. Christensen.

Dated this 17th day of February 2023.     Respectfully submitted,

                                                /s/ Jake M. Christensen
                                                Amy C. Ziegler
                                                Justin R. Gaudio
                                                Jake M. Christensen
                                                Trevor C. Talhami
                                                Greer, Burns & Crain, Ltd.
                                                300 South Wacker Drive, Suite 2500
                                                Chicago, Illinois 60606
                                                312.360.0080 / 312.360.9315 (facsimile)
                                                aziegler@gbc.law
                                                jgaudio@gbc.law
                                                jchristensen@gbc.law
                                                ttalhami@gbc.law

                                                *Counsel for Plaintiff CamelBak Products LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiff CamelBak Products LLC*
