# Exhibit A

| Defendant | Email Address |
|---|---|
| BinMaoBaiHuo | wubinbin0405@163.com |
| Caiface | colorchuncai@yeah.net |
| kunjiunet | us_kunjiunet@yeah.net |
| PengPengShop | lipengmeizhou1@163.com |
| Rujun220 | rujunn@outlook.com |
| Sancoyr | san3u8@hotmail.com |
| STALIBIU | throughdinner@163.com |
| TPPNFTEMD US | wangjianmeizhou@163.com |
| VVWARRIOR | amazongwarrior@163.com |
| xinbowengwenhuachuanmei | linhan-a@outlook.com |
| yuwanjushanghang | zhoujidamaoyi@126.com |
| zhuanjiaoyujian | 664750067@qq.com |
| auto-department2018 | applepen2q@hotmail.com |
| discover-life | applepen3q@hotmail.com |
| happylife7826 | 18818113525@139.com |
| haustible | tuosimannet@outlook.com |
| japancycling | jpncycling@gmail.com |
| wcm-43 | wcmwsa@163.com |
| ACOUTO | jlkoiuo4587@163.com |
| Happy date | okxh982800@163.com |
| jinanyinjiuyuyimaoyiyouxiangongsi | cojigl019505@126.com |
| shanxiqikuizixinxikejiyouxiangongsi | zbafy04@163.com |
| shenzhenshiyungangmaoyiyouxiangongsi | uoknming@outlook.com |
| travelwant | shuibianbu@sina.com |
| unattainy | unattain@163.com |
| Yirtree | ad55nxstrag@yeah.net |
| yiwushixugetiyuyongpinyouxiangongsi | bingxidian4zi@163.com |
| topeka | topeka889@outlook.com |