# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CAMELBAK PRODUCTS LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 23-cv-00496 <br><br> **Judge Matthew F. Kennelly** <br><br> **Magistrate Judge Gabriel A. Fuentes** |

## DECLARATION OF JAKE M. CHRISTENSEN

I, Jake M. Christensen, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff CamelBak Products LLC ("CamelBak" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Since and pursuant to entry of the Temporary Restraining Order, financial accounts associated with Defendant Nos. 13-40 have been frozen.

3. **Exhibit 1** attached hereto is a true and correct copy of unpublished decisions cited in Plaintiff's Memorandum in Support of its Motion for Entry of a Preliminary Injunction as to Defendant Nos. 13-40.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 17th day of February 2023 at Chicago, Illinois.

/s/ Jake M. Christensen
Jake M. Christensen
Counsel for Plaintiff CamelBak Products LLC