IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMELBAK PRODUCTS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>HUNAN YIYI IMPORT AND EXPORT TRADING CO., LTD., et al.,<br><br>        Defendants. | Case No. 23-cv-00496<br><br>**Judge Lindsay C. Jenkins**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

Plaintiff CamelBak Products LLC ("CamelBak" or "Plaintiff"), by its counsel, moves this Honorable Court to enter Default and Default Judgment against all Defendants remaining in this case[1]. In support of this Motion, Plaintiff submits the accompanying Memorandum and a further Declaration of Justin R. Gaudio.

Dated this 1st day of May 2023.

Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiff CamelBak Products LLC*

---

[1] A current version of Schedule A is attached to Plaintiff's Memorandum as Exhibit 1.

1

**CERTIFICATE OF SERVICE**

I hereby certify that 1st day of May 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiff CamelBak Products LLC*