# Exhibit A

**CamelBak Products, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 23-cv-00496**

## Defendant Online Marketplaces

| No. | Name / Seller Alias | Email Address |
|---|---|---|
| 1 | Hunan Yiyi Import And Export Trading Co., Ltd. | yiyi@hnyiyi.cn |
| 2 | DISMISSED | DISMISSED |
| 3 | Bike Outdoor High Quality Store | 707790003@qq.com |
| 4 | DISMISSED | DISMISSED |
| 5 | Keep Fitness Store | bularylangni@outlook.com |
| 6 | keptfeet Outdoor Store | zhouabcdef@outlook.com |
| 7 | DISMISSED | DISMISSED |
| 8 | let'skeeping Store | combinesvk2017@126.com |
| 9 | Libero Store | xiaojingsmt@outlook.com |
| 10 | LLD Riding Store | lanlanskyeer@outlook.com |
| 11 | RDE Tech Outdoor Store | yinghengmo@outlook.com |
| 12 | RUNER Store | hvfkols@outlook.com |
| 13 | BinMaoBaiHuo | wubinbin0405@163.com |
| 14 | DISMISSED | DISMISSED |
| 15 | DISMISSED | DISMISSED |
| 16 | PengPengShop | lipengmeizhou1@163.com |
| 17 | DISMISSED | DISMISSED |
| 18 | DISMISSED | DISMISSED |
| 19 | DISMISSED | DISMISSED |
| 20 | TPPNFTEMD US | wangjianmeizhou@163.com |
| 21 | VVWARRIOR | amazongwarrior@163.com |
| 22 | xinbowengwenhuachuanmei | linhan-a@outlook.com |
| 23 | yuwanjushanghang | zhoujidamaoyi@126.com |
| 24 | zhuanjiaoyujian | 664750067@qq.com |
| 25 | DISMISSED | DISMISSED |
| 26 | DISMISSED | DISMISSED |
| 27 | happylife7826 | 18818113525@139.com |
| 28 | DISMISSED | DISMISSED |
| 29 | DISMISSED | DISMISSED |
| 30 | wcm-43 | wcmwsa@163.com |
| 31 | DISMISSED | DISMISSED |
| 32 | DISMISSED | DISMISSED |
| 33 | DISMISSED | DISMISSED |
| 34 | shanxiqikuizixinxikejiyouxiangongsi | zbafy04@163.com |
| 35 | shenzhenshiyungangmaoyiyouxiangongsi | uoknming@outlook.com |
| 36 | DISMISSED | DISMISSED |

| 37 | DISMISSED | DISMISSED |
|---|---|---|
| 38 | DISMISSED | DISMISSED |
| 39 | yiwushixugetiyuyongpinyouxiangongsi | bingxidian4zi@163.com |
| 40 | topeka | topeka889@outlook.com |
|  |  | adamu@au-llc.com; niu@mainleaf-law.com; lou@mainleaf-law.com |