# Exhibit 1

**CamelBak Products, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 23-cv-00496**

# Schedule A

## Defendant Online Marketplaces

| No. | URL | Name / Seller Alias |
|---|---|---|
| 1 | fredyiyi.en.alibaba.com/minisiteentrance.html | Hunan Yiyi Import And Export Trading Co., Ltd. |
| 2 | DISMISSED | DISMISSED |
| 3 | aliexpress.com/store/1101413445 | Bike Outdoor High Quality Store |
| 4 | DISMISSED | DISMISSED |
| 5 | aliexpress.com/store/1101299054 | Keep Fitness Store |
| 6 | aliexpress.com/store/1101258705 | keptfeet Outdoor Store |
| 7 | DISMISSED | DISMISSED |
| 8 | aliexpress.com/store/1101409402 | let'skeeping Store |
| 9 | aliexpress.com/store/1101232975 | Libero Store |
| 10 | aliexpress.com/store/1101227227 | LLD Riding Store |
| 11 | aliexpress.com/store/1101300301 | RDE Tech Outdoor Store |
| 12 | aliexpress.com/store/1101540510 | RUNER Store |
| 13 | amazon.com/sp?seller=AOEKLEXXK1VY1 | BinMaoBaiHuo |
| 14 | DISMISSED | DISMISSED |
| 15 | DISMISSED | DISMISSED |
| 16 | amazon.com/sp?seller=A47FFOD31L9OO | PengPengShop |
| 17 | DISMISSED | DISMISSED |
| 18 | DISMISSED | DISMISSED |
| 19 | DISMISSED | DISMISSED |
| 20 | amazon.com/sp?seller=A3FV5C5BVF9ND3 | TPPNFTEMD US |
| 21 | amazon.com/sp?seller=A3OAH5XECFFI1C | VVWARRIOR |
| 22 | amazon.com/sp?seller=A3A5DKJ5B1ROM3 | xinbowengwenhuachuanmei |
| 23 | amazon.com/sp?seller=A2V3UAO91YR3NQ | yuwanjushanghang |
| 24 | amazon.com/sp?seller=A1ZVMKAQITEFLP | zhuanjiaoyujian |
| 25 | DISMISSED | DISMISSED |
| 26 | DISMISSED | DISMISSED |
| 27 | ebay.com/usr/pcmw7826 | happylife7826 |
| 28 | DISMISSED | DISMISSED |
| 29 | DISMISSED | DISMISSED |
| 30 | ebay.com/usr/wcm-43 | wcm-43 |
| 31 | DISMISSED | DISMISSED |
| 32 | DISMISSED | DISMISSED |
| 33 | DISMISSED | DISMISSED |

| 34 | walmart.com/seller/101273425 | shanxiqikuizixinxikejiyouxiangongsi |
| 35 | walmart.com/seller/101130307 | shenzhenshiyungangmaoyiyouxiangongsi |
| 36 | DISMISSED | DISMISSED |
| 37 | DISMISSED | DISMISSED |
| 38 | DISMISSED | DISMISSED |
| 39 | walmart.com/seller/101114386 | yiwushixugetiyuyongpinyouxiangongsi |
| 40 | wish.com/merchant/564316cfdfb6b1288753f8f4 | topeka |