# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CAMELBAK PRODUCTS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>HUNAN YIYI IMPORT AND EXPORT TRADING CO., LTD., et al.,<br><br>        Defendants. | Case No. 23-cv-00496<br><br>**Judge Lindsay C. Jenkins**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

## DECLARATION OF JUSTIN R. GAUDIO

I, Justin R. Gaudio, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff CamelBak Products LLC ("CamelBak" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I hereby certify that the Defaulting Defendants (as defined in the accompanying Memorandum) have failed to answer or otherwise plead in this action within the allotted time in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

3. My office investigated the infringing activities of the Defaulting Defendants, including attempting to identify the registrant of each associated e-commerce store operating under the Seller Aliases and its contact information. Our investigation confirmed that the Defaulting Defendants are primarily domiciled in China. As such, I am informed and believe that the Defaulting Defendants are not active-duty members of the U.S. armed forces.

4. The limited information provided by Alibaba, AliExpress, ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Amazon.com, Inc. ("Amazon"), eBay, Inc. ("eBay"), and Walmart Inc. ("Walmart") for Defaulting Defendants indicates that the amount currently restrained in Defaulting Defendants' known financial accounts ranges from $0 - $6,513.87. Additionally, limited information provided by Amazon, Walmart, eBay, and Wish.com indicates that the known revenue generated by some Defaulting Defendants from the sale of Infringing Products is up to at least $234.83 (see below chart in paragraph 6).

5. The limited Infringing Product revenue information provided by Amazon, Walmart, eBay, and Wish.com only includes revenue figures for a single product having a unique product identification number.

6. A breakdown by Defaulting Defendant of the amount currently restrained, known Infringing Product revenue, if available, and Plaintiff's requested profit award is in the table below.

| No. | Defendant | Requested Award | Amount Restrained | Infringing Product Revenue |
|---|---|---|---|---|
| 1 | Hunan Yiyi Import And Export Trading Co., Ltd. | $250 | $37.67 | |
| 3 | Bike Outdoor High Quality Store | $1,845.44 | $1,845.44 | |
| 5 | Keep Fitness Store | $250 | $170.91 | |
| 6 | keptfeet Outdoor Store | $250 | $212.63 | |
| 8 | let'skeeping Store | $250 | $87.03 | |
| 9 | Libero Store | $250 | $164.64 | |
| 10 | LLD Riding Store | $250 | $116.90 | |
| 11 | RDE Tech Outdoor Store | $659.55 | $659.55 | |
| 12 | RUNER Store | $262.50 | $262.50 | |
| 13 | BinMaoBaiHuo | $250 | $0.00 | |
| 16 | PengPengShop | $867.55 | $867.55 | |
| 20 | TPPNFTEMD US | $250 | $0.00 | |
| 21 | VVWARRIOR | $250 | $0.00 | $234.83 |
| 22 | xinbowengwenhuachuanmei | $250 | $24.62 | $41.83 |
| 23 | yuwanjushanghang | $250 | $200.08 | $36.00 |
| 24 | zhuanjiaoyujian | $250 | $0.00 | |

| 27 | happylife7826 | $250 | $14.68 | $19.02 |
|---|---|---|---|---|
| 30 | wcm-43 | $250 | $57.36 | $8.03 |
| 34 | shanxiqikuizixinxikejiyouxiangongsi | $1,138.67 | $1,138.67 | $20.99 |
| 35 | shenzhenshiyungangmaoyiyouxiangongsi | $4,601.57 | $4,601.57 | |
| 39 | yiwushixugetiyuyongpinyouxiangongsi | $6,513.87 | $6,513.87 | $9.99 |
| 40 | topeka | $250 | $223.25 | |

7. **Exhibit 1** is an accurate copy of unpublished decisions cited in the corresponding Memorandum in Support of Plaintiff's Motion for Entry of Default and Default Judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 1st day of May 2023 at Chicago, Illinois.

/s/ Justin R. Gaudio
Justin R. Gaudio
*Counsel for Plaintiff CamelBak Products LLC*