# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CAMELBAK PRODUCTS LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HUNAN YIYI IMPORT AND EXPORT TRADING CO., LTD., et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-00496<br><br>**Judge Lindsay C. Jenkins**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

## CERTIFICATE OF SERVICE

I, Jake M. Christensen, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff CamelBak Products LLC ("CamelBak" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On May 2, 2023, this Court entered an Order [42] requiring Plaintiff to serve all remaining Defendants with a copy of the Order [42].

3. I hereby certify that on May 2, 2023, I sent an e-mail that included the Court's Order [42] to the e-mail addresses for Defendants identified in **Exhibit A** hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of May 2023, at Chicago, Illinois.

/s/ Jake M. Christensen
Jake M. Christensen
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: 312-360-0080
jchristensen@gbc.law

*Counsel for Plaintiff CamelBak Products LLC*