# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CAMELBAK PRODUCTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>HUNAN YIYI IMPORT AND EXPORT TRADING CO., LTD., et al.,<br><br>Defendants. | Case No. 23-cv-00496<br><br>**Judge Lindsay C. Jenkins** |

## DEFAULT JUDGMENT ORDER

This action having been commenced by Plaintiff CamelBak Products LLC ("CamelBak" or "Plaintiff") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A to the Complaint and attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order against Defaulting Defendants which included an asset restraining order;

CamelBak having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

1

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

This Court further finds that it has personal jurisdiction over the Defaulting Defendants since the Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases offer shipping to the United States, including Illinois, accept payment in U.S. dollars and/or funds from U.S. bank accounts, and have sold the same product that infringes directly and/or indirectly Plaintiff's United States design patent shown in the below chart (the "CamelBak Design") to residents of Illinois.

| Patent Number | Claim | Issue Date |
|---|---|---|
| D732,392 | | June 23, 2015 |









THIS COURT FURTHER FINDS that Defaulting Defendants are liable for patent infringement (35 U.S.C. § 271).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Default Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

   a. offering for sale, selling and importing the any products not authorized by CamelBak and that include any reproduction, copy or colorable imitation of the design claimed in the CamelBak Design;

   b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the CamelBak Design; and

   c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Upon CamelBak's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart, Inc. ("Walmart"), Etsy, Inc. ("Etsy"), and DHgate.com ("DHgate") (collectively, the "Third Party Providers") shall within seven (7) calendar days after receipt of such notice disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the CamelBak Design.

3. Pursuant to 35 U.S.C. § 289, CamelBak is awarded profits from each of the Defaulting Defendants for infringing use of the CamelBak Design on products sold through at least the Defaulting Defendants' Seller Aliases according to the below chart:

| No. | Defendant | Requested Award |
|---|---|---|
| 1 | Hunan Yiyi Import And Export Trading Co., Ltd. | $250 |
| 3 | Bike Outdoor High Quality Store | $1,845.44 |
| 5 | Keep Fitness Store | $250 |
| 6 | keptfeet Outdoor Store | $250 |
| 8 | let'skeeping Store | $250 |
| 9 | Libero Store | $250 |
| 10 | LLD Riding Store | $250 |
| 11 | RDE Tech Outdoor Store | $659.55 |
| 12 | RUNER Store | $262.50 |
| 13 | BinMaoBaiHuo | $250 |
| 16 | PengPengShop | $867.55 |
| 20 | TPPNFTEMD US | $250 |
| 21 | VVWARRIOR | $250 |
| 22 | xinbowengwenhuachuanmei | $250 |
| 23 | yuwanjushanghang | $250 |

| 24 | zhuanjiaoyujian | $250 |
| 27 | happylife7826 | $250 |
| 30 | wcm-43 | $250 |
| 34 | shanxiqikuizixinxikejiyouxiangongsi | $1,138.67 |
| 35 | shenzhenshiyungangmaoyiyouxiangongsi | $4,601.57 |
| 39 | yiwushixugetiyuyongpinyouxiangongsi | $6,513.87 |
| 40 | topeka | $250 |

4. CamelBak may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, by e-mail delivery to the e-mail addresses CamelBak used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, are hereby released to CamelBak as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, are ordered to release to CamelBak the amounts from

Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

7. Until CamelBak has recovered full payment of monies owed to it by any Defaulting Defendant, CamelBak shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, shall within seven (7) calendar days:

    a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Paul Mills, and any e-mail addresses provided for Defaulting Defendants by third parties;

    b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. release all monies, up to the above identified damages award, restrained in Defaulting Defendants' financial accounts to CamelBak as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

8. In the event that CamelBak identifies any additional online marketplaces or financial accounts owned by Defaulting Defendants, CamelBak may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses

identified in Exhibit 2 to the Declaration of Paul Mills and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000.00) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Judgment.

DATED: May 16, 2023

_____
Lindsay C. Jenkins
United States District Judge

**CamelBak Products, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 23-cv-00496**

# Schedule A

## Defendant Online Marketplaces

| No. | URL | Name / Seller Alias |
|---|---|---|
| 1 | fredyiyi.en.alibaba.com/minisiteentrance.html | Hunan Yiyi Import And Export Trading Co., Ltd. |
| 2 | DISMISSED | DISMISSED |
| 3 | aliexpress.com/store/1101413445 | Bike Outdoor High Quality Store |
| 4 | DISMISSED | DISMISSED |
| 5 | aliexpress.com/store/1101299054 | Keep Fitness Store |
| 6 | aliexpress.com/store/1101258705 | keptfeet Outdoor Store |
| 7 | DISMISSED | DISMISSED |
| 8 | aliexpress.com/store/1101409402 | let'skeeping Store |
| 9 | aliexpress.com/store/1101232975 | Libero Store |
| 10 | aliexpress.com/store/1101227227 | LLD Riding Store |
| 11 | aliexpress.com/store/1101300301 | RDE Tech Outdoor Store |
| 12 | aliexpress.com/store/1101540510 | RUNER Store |
| 13 | amazon.com/sp?seller=AOEKLEXXK1VY1 | BinMaoBaiHuo |
| 14 | DISMISSED | DISMISSED |
| 15 | DISMISSED | DISMISSED |
| 16 | amazon.com/sp?seller=A47FFOD31L9OO | PengPengShop |
| 17 | DISMISSED | DISMISSED |
| 18 | DISMISSED | DISMISSED |
| 19 | DISMISSED | DISMISSED |
| 20 | amazon.com/sp?seller=A3FV5C5BVF9ND3 | TPPNFTEMD US |
| 21 | amazon.com/sp?seller=A3OAH5XECFFI1C | VVWARRIOR |
| 22 | amazon.com/sp?seller=A3A5DKJ5B1ROM3 | xinbowengwenhuachuanmei |
| 23 | amazon.com/sp?seller=A2V3UAO91YR3NQ | yuwanjushanghang |
| 24 | amazon.com/sp?seller=A1ZVMKAQITEFLP | zhuanjiaoyujian |
| 25 | DISMISSED | DISMISSED |
| 26 | DISMISSED | DISMISSED |
| 27 | ebay.com/usr/pcmw7826 | happylife7826 |
| 28 | DISMISSED | DISMISSED |
| 29 | DISMISSED | DISMISSED |
| 30 | ebay.com/usr/wcm-43 | wcm-43 |
| 31 | DISMISSED | DISMISSED |
| 32 | DISMISSED | DISMISSED |

| 33 | DISMISSED | DISMISSED |
| 34 | walmart.com/seller/101273425 | shanxiqikuizixinxikejiyouxiangongsi |
| 35 | walmart.com/seller/101130307 | shenzhenshiyungangmaoyiyouxiangongsi |
| 36 | DISMISSED | DISMISSED |
| 37 | DISMISSED | DISMISSED |
| 38 | DISMISSED | DISMISSED |
| 39 | walmart.com/seller/101114386 | yiwushixugetiyuyongpinyouxiangongsi |
| 40 | wish.com/merchant/564316cfdfb6b1288753f8f4 | topeka |